IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| TRAVIS BURT, | ) | |
| | ) | Civil Action No.: 3:17-cv-962-JFA |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendants. | ) | |

Plaintiff hereby voluntarily moves for the dismissal of all claims asserted or that might have been asserted in the above-captioned action without prejudice, with the consent of all Parties, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

The Parties shall bear their own costs and attorney's fees unless otherwise agreed upon. The Parties, therefore, hereby stipulate to the dismissal of Civil Action No.: 3:17-cv-962-JFA.

WE SO MOVE:

s/ A. Camden Lewis
A. Camden Lewis (SC Bar #: 3298)
J. Ryan Heiskell (SC Bar #: 76960)
LEWIS BABCOCK L.L.P.
Post Office Box 11208
1513 Hampton Street (29201)
Columbia, South Carolina 29211-1208
Tel.:   (803) 771-8000
Fax:   (803) 888-3088
Email:  acl@lewisbabcock.com
        jrh@lewisbabcock.com

*Attorneys for Plaintiff*

May 11, 2017