IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| TRAVIS BURT, | ) | C.A. NO.: 3:17-cv-00962-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -versus- | ) | **RETURN TO NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL**[1] |
| SAFECO INSURANCE COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant consents to a voluntary non-suit pursuant to Federal Rule of Civil Procedure 41(a)(ii).

Dated this 12th day of May, 2017.

               WALL TEMPLETON & HALDRUP, P.A.

               s/Morgan S. Templeton
               Morgan S. Templeton  (Fed ID # 7187)
               Thomas B. Boger     (Fed ID #11132)
               145 King Street, Suite 300
               Post Office Box 1200
               Charleston, South Carolina 29402
               (843) 329-9500
               Attorneys for Defendant

---

[1] This is submitted in response to Doc. 11.